Monte J. White & Associates, P.C.
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| Billy Bryant Greenroyd | § | Case No. 09-70645-hdh-13 |
| Sharon Lea Greenroyd | § | Chapter 13 |
| Debtors | § | |

DEBTORS' MOTION TO EXTEND AUTOMATIC STAY

Comes Now Debtors, by counsel, and for this Motion state as follows:

1. Debtors filed for relief under Chapter 13 in the Northern District of Texas. This is a core proceeding.
2. Debtors were debtors in a prior case during the preceding year. To-wit: Chapter 13, Case No. 07-70343-HDH-13 filed on 8/16/2007.
3. Debtors seek an extension of the automatic stay imposed for 30-days pursuant to 11 U.S.C. §362(c)(3)(A), as to all creditors until further order or discharge to effectuate an orderly reorganization, pursuant to 11 U.S.C. §362(c)(3)(B).
4. Debtors' prior case was dismissed for: Debtor was unemployed until September 17, 2009. He is currently working for Archer Western Contractor LTD, working temporarily. Joint Debtor was laid off October 2, 2009, after the business closed.
5. The following changes of circumstances demonstrate that the Debtor can perform this plan and are likely to complete the case successfully: Debtor is employed and receiving Social Security. He is seeking permanent employment. Joint Debtor is receiving unemployment benefits and she is seeking full time employment.

WHEREFORE, Debtors request this Court enter its order continuing the automatic stay under §362(a) in this proceeding as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2) or a motion for relief is granted under §362(d).

Respectfully submitted,

/s/Monte J. White
Attorney for Debtors

CERTIFICATE OF SERVICE

A true and exact copy of the foregoing Motion and Notice of Hearing was served electronically by the ECF System or by First Class Mail on December 22, 2009 on all parties on the mailing matrix:

/s/Monte J. White
Attorney for Debtors

Debtor(s): **Billy Bryant Greenroyd**
**Sharon Lea Greenroyd**

Case No:
Chapter: 13

NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

American Experess
Po Box 297871
Fort Lauderdale, FL 33329

HSBC Nv
Pob 19360
Portland, OR 97280

American Express
Po Box 297871
Fort Lauderdale, FL 33329

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

Capital One Bank
c/o TSYS Debt Mgmt
PO Box 5155
Norcross, GA 30091

JC Penney
Po Box 981402
El Paso, TX 79998

Citifinancial
Po Box 499
Hanover, MD 21076

Lowes/MBGA
Po Box 103065
Roswell, GA 30076

Discover Card
P.O. Box 30395
Salt Lake City, UT 84130-0395

Sams Club
Po Box 981400
El Paso, TX 79998

Exxon
PO Box 4556
Carol Stream, IL 60197-4556

Sprint
P.O. Box 89
Junction City, KS  66441

FIA Csna
4060 Ogletown/stan De5-019-03-0
Newark, DE 19713

Texaco/citibank
Po Box 6003
Hagerstown, MD 21747

Ford Motor Credit Corporation
Po Box Box 542000
Omaha, NE 68154

Union Square F C U
Po Box 6050
Sheppard Afb, TX 76311

GEMB/care Credit
Po Box 981439
El Paso, TX 79998

WFNNB/Fina
Po Box 2961
Shawnee Mission, KS 66201

Goldstar Finance Company
927 Indiana Ave
Wichita Falls, Texas 76301

Wichita Falls ISD,City & Wichit
c/o Perdue Brandon Fielder Coll
PO Box 8188
Wichita Falls TX  76307-8188